IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MELINDA SUE OWENS,

    Plaintiff,

v.

HEATHER LANG, et al.,

    Defendants.

Case No. 25-CV-01548-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of September 2, 2025 (Doc. 7), this action is **DISMISSED with prejudice**.

**DATED: September 2, 2025**

                                    MONICA A. STUMP,
                                    Clerk of Court


                                    By: *s/ Jackie Muckensturm*
                                        Deputy Clerk


**APPROVED:** *s/ Stephen P. McGlynn*
                   STEPHEN P. MCGLYNN
                   U.S. District Judge